**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MORALES                         v. SAIA                           No. 08-0829-H(LSP)

HON. LEO S. PAPAS       CT. DEPUTY J. JARABEK       Rptr.
                                     Attorneys
         Plaintiffs                                              Defendants


The Settlement Disposition Conference set for August 5, 2008 at 4:00 p.m. is vacated.  Dismissal received.


DATED: July 24, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge